EXHIBIT# 1 –FameFlynet, Inc. and National Photo Group, LLC v. SERVICE BROADCASTING GROUP, LLC

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 5 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10303098<br>Date Taken: 10/28/2013<br>Photo Description: Dr. Conrad Murray eating at In-N-Out Burger.<br>Copyright Application Date: 11/05/2013<br>Application Number: 1-1016983641<br>Copyright Registration Date: 11/05/2013<br>Registration Number: VA0001885629 | Domain: krnb.com<br>URL:   http://krnb.com/antoine-davis/2013/10/28/conrad-murray-looking-older-after-jail-term/<br>Observed Date: 01/09/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 5** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10303097<br>Date Taken: 10/28/2013<br>Photo Description: Dr. Conrad Murray appears thinner and with gray hair as he is seen for the first time minutes after leaving jail.<br>Copyright Application Date: 11/05/2013<br>Application Number: 1-1016983641<br>Copyright Registration Date: 11/05/2013<br>Registration Number: VA0001885629 | Domain: krnb.com<br>URL:   http://krnb.com/antoine-davis/2013/10/28/conrad-murray-looking-older-after-jail-term/<br>Observed Date: 01/09/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 5** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309343<br>Date Taken: 10/09/2013<br>Photo Description: Amidst swirling rumors around the state of their relationship and his level of drug addiction, troubled couple Khloe Kardashian and Lamar Odom are photographed for the first time together in months as they drive to her mom Kris Jenner's house for some quality time in Calabasas, California.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: krnb.com<br>URL:           http://krnb.com/kj-midday/2013/10/10/lamar-odom-supposedly-clean-and-scouting-new-teams/<br>Observed Date: 12/05/2013 |  |

EXHIBIT# 1 –FameFlynet, Inc. and National Photo Group, LLC v. SERVICE BROADCASTING GROUP, LLC

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 5 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10313631<br>Date Taken: 11/11/2013<br>Photo Description: Lamar Odom spotted leaving a boxing gym.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: krnb.com<br>URL:     http://krnb.com/lynne-haze/2013/11/27/lamar-odom-threatening-to-leak-sex-tape-with-khloe/<br>Observed Date: 02/04/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#5 OF 5** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: FFN_Odom_Lamar_CPR_EXC_111113_51259322.jpg<br>Date Taken: 11/11/2013<br>Photo Description: Lamar Odom spotted leaving a boxing gym.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: www.krnb.com<br>URL:     http://krnb.com/lynne-haze/2013/11/27/lamar-odom-threatening-to-leak-sex-tape-with-khloe/<br>Observed Date: 03/10/2015 |  |

x